# EXHIBIT "B"
# ACCEPTANCE OF SERVICE

ELECTRONICALLY FILED - 2021 Jul 02 11:45 AM - HORRY - COMMON PLEAS - CASE#2021CP2604161

| | |
|---|---|
| STATE OF SOUTH CAROLINA ) | IN THE COURT OF COMMON PLEAS |
| ) | FIFTEENTH JUDICIAL CIRCUIT |
| COUNTY OF HORRY ) | CASE NO.: 2021-CP-26-04161 |
| ) | |
| Beach Patio, LLC, Rafi Adi, ) | |
| Elior Adi, Zur Adi, Yaacov Levy, ) | |
| and Liat Adi a/k/a Liat Levi ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | **ACCEPTANCE OF SERVICE** |
| ) | |
| Maxum Indemnity Company ) | |
| ) | |
| Defendant. ) | |
| _____) | |

    THE UNDERSIGNED, as attorney for the Defendant, pursuant to Rule 4(j), South Carolina Rules of Civil Procedure, hereby accepts service, on behalf of the Defendant, of the Summons and Complaint in the above captioned action filed on June 23, 2021.

Place of Service:    205 King Street, Suite 400
                            Charleston, SC 29401

Date of Service:    July 2, 2021

                                            s/ R. Bruce Wallace
                                            R. Bruce Wallace, Esq.
                                            Nexsen Pruet, LLC
                                            Attorney for Defendant
                                            205 King Street, Suite 400 (29401)
                                            Post Office Box 486
                                            Charleston, SC 29402
                                            BWallace@nexsenpruet.com
                                            (843) 720-1760