AO 450 (Rev. 01/09)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Beach Patio, LLC, | ) |
|     Plaintiff(s), | )     No. 4:21-cv-02353-JD |
| vs | ) |
| Maxum Indemnity Company, | ) |
|     Defendant(s). | ) |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

❏ the plaintiff *(name)*_____ recover from the defendant *(name)*_____ the amount of _____ dollars ($_____), which includes prejudgment interest at the rate of _____%, plus postjudgment interest at the date of _____%, along with costs.

❏ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)*_____.

✔ other: The plaintiff, Beach Patio, LLC, take nothing of the defendant, Maxum Indemnity Company, and this action is dismissed with prejudice as to filing a new action relating to the same claims (on behalf of the corporation) without counsel, and without prejudice as to filing a new action relating to the same claims through counsel.

This action was *(check one)*:
❏ tried by a jury with Judge_____presiding, and the jury has rendered a verdict.

❏ tried by Judge_____without a jury and the above decision was reached.

✔ decided by the Honorable Joseph Dawson, III, United States District Judge, who grants Defendant's Motion to Dismiss.

                                                        Robin L. Blume
                                                        CLERK OF COURT

                                                  By: s/Leah Gibbons, Deputy Clerk

July 22, 2022